**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00496-CV**

_____

**IN RE TRANSCANADA KEYSTONE PIPELINE, LP**

_____ _____

**Original Proceeding**

_____

**MEMORANDUM OPINION**

Relator, TransCanada Keystone Pipeline, LP, filed a petition for writ of mandamus. The real parties in interest filed a response. Before oral argument, the parties notified the Court that the case settled. On April 18, 2013, relator withdrew its request for mandamus relief. Accordingly, we dismiss this original proceeding without reference to the merits.

PETITION DISMISSED.

PER CURIAM

Opinion Delivered April 25, 2013
Before Gaultney, Kreger, and Horton, JJ.